

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00609-CV

Herlinda **ARNOLD**,
Appellant

v.

**WORLDWIDE CLINICAL TRIALS** a/k/a WCT CORPORATION,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 381779
Honorable Jason Pulliam, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Herlinda Arnold, recover her costs of this appeal from appellee, Worldwide Clinical Trials Early Phase Services, LLC.

SIGNED August 13, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice